## CUNNINGHAM v. THE STATE.

(Decided November 21, 1916.)

APPEAL from Monroe Circuit Court.

Heard before Hon. BEN D. TURNER.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed on motion of Attorney General.

---

## CUNNINGHAM v. THE STATE.

(Decided January 30, 1917.)

APPEAL from Gadsden City Court.

Heard before Hon. JAMES A. BILBRO.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## DABNEY v. THE STATE.

(Decided November 16, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. A. H. ALSTON.

F. E. BLACKBURN, for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed by appellant.

---

## DONNOVAN v. THE STATE.

(Decided January 9, 1917.)

APPEAL from Court of Common Pleas, Montgomery County.

Heard before Hon. M. H. SCREWS.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed for failure to file transcript.